DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT HALGREN,

Appellant,

v.

CITY OF LARGO; ELIZABETH SPARROW-HALGREN; and
PINELLAS COUNTY BOARD OF COUNTY COMMISSIONERS,

Appellees.

No. 2D23-425
_____

February 28, 2024

Appeal from the Circuit Court for Pinellas County; Thomas M. Ramsberger, Judge.

Benjamin E. Hillard and Amy Cuykendall Jones of Hillard Cuykendall, P.A., Largo, for Appellant.

Matthew D. Weidner of Weidner Law, P.A., St. Petersburg, for Appellee City of Largo.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.